1  HAROLD M. BRODY State Bar No. 84927
   hbrody@proskauer.com
2  JEREMY M. MITTMAN, State Bar No. 248854
   jmittman@proskauer.com (N.D. Cal. admission pending)
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  PROSKAUER ROSE LLP
   Bettina B. Plevan *(Pro Hac Vice Pending)*
7  Joshua F. Alloy *(Pro Hac Vice Pending)*
   1585 Broadway
8  New York, NY 10036-8299
   (212) 969-3000
9  (212) 969-2900 (fax)

10
   Attorneys for Defendants,
11 BRISTOL-MYERS SQUIBB COMPANY;
   E.R. SQUIBB & SONS, LLC
12
                   UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15 | KIN FUNG, ON BEHALF OF HIMSELF AND  ) Case No.
   | OTHERS SIMILARLY SITUATED,          )
16 |                                     )
   |              Plaintiffs,            ) **CERTIFICATION OF INTERESTED**
17 |                                     ) **ENTITIES OR PERSONS**
   |         v.                          )
18 |                                     ) (Alameda County Superior Court Case No.
   | BRISTOL-MYERS SQUIBB COMPANY;       ) RG07333147)
19 | E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, )
   | Inclusive                           ) Action Filed June 28, 2007
20 |                                     )
   |              Defendants.            )
21 |                                     )
22 |                                     )
23

24

25

26

27

28

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

4

5  DATED: August 9, 2007

                                            BETTINA B. PLEVAN
                                            HAROLD M. BRODY
                                            JOSHUA F. ALLOY
                                            JEREMY M. MITTMAN

                                            PROSKAUER ROSE LLP

                                            *[signature]*

                                            Harold M. Brody
                                            PROSKAUER ROSE LLP
                                            Attorneys for Defendants,
                                            BRISTOL-MYERS SQUIBB COMPANY and
                                            E.R. SQUIBB & SONS, LLC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 9, 2007, I served the forgoing document, described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

| ☒ | by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows: |

Kingsley & Kingsley, APC
George R. Kingsley, Esq.
Eric B. Kingsley, Esq.
16133 Ventura Blvd., Ste. 1200
Encino, CA 91436

Spiro, Moss, Barness
Ira Spiro, Esq.
Gregory N. Karasik, Esq.
11377 W. Olympic Blvd., 5th Floor
Los Angeles, CA 90064

Sanford, Wittles & Heisler, LLP
David W. Sanford, Esq.
Meenoo Chahbazi, Esq.
1666 Connecticut Ave., NW, Ste. 310
Washington, DC 20009

Law Offices of Grant Morris
Grant Morris, Esq.
1666 Connecticut Ave., NW, Ste. 310
Washington, DC 20009

| ☒ | (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

| ☒ | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

Executed on August 9, 2007 at Los Angeles, California.

| Lisa Furman | | *[Signature]* |
|---|---|---|
| Type or Print Name | | Signature |