1  KINGSLEY & KINGSLEY, APC
   GEORGE R. KINGSLEY, ESQ. SBN-38022
2  ERIC B. KINGSLEY, ESQ.    SBN-185123
   eric@kingsleykingsley.com
3  DARREN M. COHEN, ESQ.    SBN-221938
   16133 VENTURA BL., SUITE 1200
4  ENCINO, CA 91436
   (818) 990-8300, FAX (818) 990-2903
5
   SPIRO MOSS BARNESS
6  IRA SPIRO, ESQ. SBN-67641
   ira@spiromoss.com
7  GREGORY N. KARASIK, ESQ. SBN-115834
   11377 W. OLYMPIC BL., 5TH FLOOR
8  LOS ANGELES, CA 90064
   (310) 235-2468; FAX (310) 235-2456
9
   DAVID W. SANFORD (PRO HAC VICE PENDING)
10 dsanford@nydclaw.com
   MEENOO CHAHBAZI, CA BAR NO. 233985
11 MCHAHBAZI@NYDCLAW.COM
   SANFORD, WITTELS & HEISLER, LLP
12 1666 CONNECTICUT AVE., NW, SUITE 310
   WASHINGTON, D.C. 20009
13 (202) 742-7777; FAX (202) 742-7776

14 GRANT MORRIS (PRO HAC VICE PENDING)
   GRANTEMORRIS@GMAIL.COM
15 LAW OFFICES OF GRANT MORRIS
   1666 CONNECTICUT AVE., NW, SUITE 310
16 WASHINGTON, D.C. 20009
   (202) 742-7783; FAX (202) 742-7776
17
   Attorneys for Plaintiffs
18
19            UNITED STATES DISTRICT COURT
20           NORTHERN DISTRICT OF CALIFORNIA
21
   KIN FUNG, on behalf of himself    )   CASE NO.: C 07-04109 WHA
22 and others similarly situated,    )
                                     )   CERTIFICATION OF INTERESTED
23              Plaintiffs,          )   ENTITIES OR PERSONS
                                     )
24      v.                           )   (Alameda County Superior Court No.
                                     )   RG07333147)
25 BRISTOL-MYERS SQUIBB COMPANY;     )
   et al.,                           )   Action Filed June 28, 2007
26                                   )
                Defendants.          )
27 _____  )
28

1    **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

2         Pursuant to Civil L.R. 3-16, the undersigned certified that as

3    of this date, other than the named parties, there is no such

4    interest to report.

5

6    DATED: August  10 , 2007         KINGSLEY & KINGSLEY, APC

7

8                                      By:  _____

9                                           ERIC B. KINGSLEY
                                            Attorneys for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**(PROOF OF SERVICE BY MAIL - 1013a,2015.5 C.C.P.)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county aforesaid, State of California.  I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On **August 10, 2007**, I served the foregoing document described as **CERTIFICATION AS TO INTERESTED PARTIES** on the interested parties in this action

_____ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

__X__ by placing _____ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:


Harold M. Brody
Jeremy M. Mittman
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206

PROSKAUER ROSE LLP
Bettina B. Plevan
Joshua F. Alloy
1585 Broadway
New York, NY 10036-8299


__X__ **BY MAIL**

_____ I deposited such envelope in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

__X__ As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY FAX**.  I faxed the above document to _____.

_____ **BY PERSONAL SERVICE**.  I delivered such envelope by hand to the offices of the addressee.

_____ **(State)** I declare under penalty of perjury, under the laws of the State of California that the above is true and correct.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Michelle A. Tanzer