1

2              UNITED STATES DISTRICT COURT      RECEIVED

3              NORTHERN DISTRICT OF CALIFORNIA

                                          AUG 2 0 2007

4   KIN FUNG, on behalf of himself and others          )   Case No. C 07 04109 (WHA)
    similarly situated,                                 )
5                                                       )            (Proposed)
                     Plaintiffs,                        )   ORDER GRANTING APPLICATION
6                                                       )   FOR ADMISSION OF ATTORNEY
              v.                                        )   PRO HAC VICE
7                                                       )
    BRISTOL-MYERS SQUIBB COMPANY;                       )
8   E.R. SQUIBB & SONS, LLC; and DOES 1 to 50,          )
    Inclusive,                                          )
9                                                       )
                     Defendants.                        )
10  _____ )

11

12         Joshua F. Alloy, an active member in good standing of the bar of the United States District

13  Court for the Southern District of New York, whose business address and telephone number is

14  Proskauer Rose LLP, 1585 Broadway, New York, New York 10036, (212) 969-3351, having

15  applied in the above-entitled action to practice in the Northern District of California on a *pro hac*

16  *vice* basis representing *only* Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons,

17  LLC.

18         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20  *vice*. Service of papers upon and communication with co-counsel designated in the application

21  will constitute notice to the party. All future filings in this action are subject to the requirements

22  contained in General Order No. 45, *Electronic Case Filing*.

23

24  Dated: _8/27/07_                          United States District Court Judge

25

26                                            The Honorable William H. Alsup

27

28