RECEIVED
AUG 2 0 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. C 07 04109 (WHA)<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Bettina B. Plevan, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is Proskauer Rose LLP, 1585 Broadway, New York, New York 10036, (212) 969-3065, having applied in the above-entitled action to practice in the Northern District of California on a *pro hac vice* basis representing *only* Defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/27/07

United States District Court Judge

The Honorable William H. Alsup