UNITED STATES DISTRICT COURT

Northern District of California

KIN FUNG, on behalf of himself and
others similarly situated,

            Plaintiff(s),

   v.

BRISTOL-MYERS SQUIBB
COMPANY; E.R. SQUIBB & SONS,
LLC; and DOES 1 to 50, Inclusive,

            Defendant(s).

CASE NO. C 07-04109-WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Stefanie Roemer, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Sanford, Wittels & Heisler, LLP
1666 Connecticut Ave, NW, Suite 310
Washington, DC 20009

(202)742-7784

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Kin Fung, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/4/07

United States District Judge
William H. Alsup

