KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY, SBN-38022
ERIC B. KINGSLEY, SBN-185123
*eric@kingsleykingsley.com*
GREGORY E. GIVENS, SBN-212348
*ggivens@kingsleykingsley.com*
16133 VENTURA BOULEVARD, SUITE 1200
ENCINO, CALIFORNIA 91436
(818) 990-8300; Fax (818)990-2903

IRA SPIRO, ESQ. SBN-67641
*ira@spiromoss.com*
GREGORY N. KARASIK, ESQ. SBN-115834
*gkarasik@smbhblaw.com*
SPIRO MOSS BARNESS LLP
11377 W. OLYMPIC BL., 5TH FLOOR
LOS ANGELES, CA 90064
(310) 235-2468; FAX (310) 235-2456

DAVID W. SANFORD (PRO HAC VICE PENDING)
dsanford@nydclaw.com
MEENOO CHAHBAZI, CA BAR NO. 233985
Mchahbazi@nydclaw.com
SANFORD, WITTELS & HEISLER, LLP
1666 CONNECTICUT AVE., NW, SUITE 310
WASHINGTON, D.C. 20009
(202) 742-7777; FAX (202) 742-7776

GRANT MORRIS (PRO HAC VICE PENDING)
Grantemorris@gmail.com
LAW OFFICES OF GRANT MORRIS
1666 CONNECTICUT AVE., NW, SUITE 310
WASHINGTON, D.C. 20009
(202) 742-7783; FAX (202) 742-7776

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG; et al., <br><br> Plaintiffs <br><br> v. <br><br> BRISTOL-MYERS SQUIBB COMPANY; et al., <br><br> Defendants. | CASE NO.: C07-04109 WHA <br><br> **STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND ORDER** <br><br> Hon. William Alsup <br> Dept. 20 |

1

Subject to the approval by the Court, Plaintiff KIN FUNG ("Plaintiff") and Defendant BRISTOL-MYERS SQUIBB COMPANY ("Defendant"), collectively referred to as "Parties," enter into the following stipulation:

WHEREAS, Plaintiff's Complaint was filed in the Superior Court for the State of California, County of Alameda, on June 28, 2007.

WHEREAS, on June 28, 2007, Plaintiff's counsel sent a letter via certified mail to the California Labor Workforce Development Agency ("LWDA") pursuant to Labor Code §2699 notifying the LWDA of alleged Labor Code violations;

WHEREAS, on July 18, 2007, the LWDA sent a letter to Plaintiff's counsel acknowledging it had received the June 28, 2007 letter and stating that it had forwarded a copy of the letter to the California Department of Industrial Relations, Division of Labor Standards Enforcement, for review and advice regarding whether or not to investigate the alleged Labor Code violations;

WHEREAS, on August 2, 2007, the LWDA notified Plaintiff's counsel by letter that it did not intend to investigate the allegations;

WHEREAS, a party may commence an action under Labor Code §2699 upon receiving notice that the LWDA does not intend to investigate the alleged Labor Code violations;

WHEREAS, the Parties have agreed that Plaintiff file a First Amended Class Action Complaint to include a cause of action for penalties under Labor Code §2699;

///

///

**IT IS HEREBY STIPULATED,** by and between the Parties through their undersigned counsel of record, that Plaintiff file a First Amended Class Action Complaint to add a cause of action for penalties under Labor Code §2699. The Answer previously served by Defendants shall be applicable to the First Amended Complaint for all related purposes.

Dated: September 20, 2007

KINGSLEY & KINGSLEY, APC

By: _____
Gregory E. Givens
Attorneys for Plaintiffs


Dated: September 20, 2007

PROSKAUER ROSE LLP

By: _____
JOSHUA ALLOY
Attorneys for Defendant


### ORDER

Plaintiff shall file a First Amended Class Action Complaint to add a cause of action for penalties under California Labor Code §2699. The Answer previously served by Defendants shall be applicable to the First Amended Complaint for all related purposes.

Dated: September 24, 2007

IT IS SO ORDERED
Judge William Alsup

_____
Honorable William Alsup
United States District Court Judge

3

STIPULATION TO FILE FIRST AMENDED CLASS ACTION COMPLAINT AND ORDER