UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KIN FUNG, on behalf of himself and others similarly situated,

    Plaintiffs,

v.

BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,

    Defendants.

Case No. 3:07-cv-04109-WHA

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: November 15, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Bettina B. Plevan | Defendants | (212) 969-3065 | bplevan@proskauer.com |
| Joshua F. Alloy | Defendants | (212) 969-3351 | jalloy@proskauer.com |
| Ira Spiro | Plaintiff | (310) 235-2468 | ira@spiromoss.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/24/07

Dated: 10/24/07

Attorney for Plaintiff

Attorney for Defendant