HAROLD M. BRODY State Bar No. 84927
hbrody@proskauer.com
JEREMY M. MITTMAN State Bar No. 248854
jmittman@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

PROSKAUER ROSE LLP
BETTINA B. PLEVAN *(Pro Hac Vice)*
JOSHUA F. ALLOY *(Pro Hac Vice)*
jalloy@proskauer.com
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendants,
BRISTOL-MYERS SQUIBB COMPANY;
E.R. SQUIBB & SONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 3:07-cv-04109-WHA<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

6355/14011-056 CURRENT/10298950V1

JEREMY M. MITTMAN of Proskauer Rose LLP, 2049 Century Park East, 32nd Floor, Los Angeles, CA 90067-3206 hereby enters his appearance as an attorney of record for Defendants BRISTOL-MYERS SQUIBB COMPANY and E.R. SQUIBB & SONS, LLC.

DATED: November 7, 2007

BETTINA B. PLEVAN
HAROLD M. BRODY
JOSHUA F. ALLOY
JEREMY M. MITTMAN

PROSKAUER ROSE LLP

/s/ Jeremy M. Mittman
Jeremy M. Mittman

Attorneys for Defendants,
BRISTOL-MYERS SQUIBB COMPANY and
E.R. SQUIBB & SONS, LLC

2
**NOTICE OF APPEARANCE**