1  HAROLD M. BRODY State Bar No. 84927
   hbrody@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
4  Facsimile:    (310) 557-2193

5  PROSKAUER ROSE LLP
   BETTINA B. PLEVAN *(Pro Hac Vice)*
6  bplevan@proskauer.com
   JOSHUA F. ALLOY *(Pro Hac Vice)*
7  jalloy@proskauer.com
   1585 Broadway
8  New York, NY 10036-8299
   (212) 969-3000
9  (212) 969-2900 (fax)

10 Attorneys for Defendants,
   BRISTOL-MYERS SQUIBB COMPANY;
11 E.R. SQUIBB & SONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive, </br></br> Defendants. | Case No. 3:07-cv-04109-WHA </br></br> **NOTICE AND [PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** </br></br> Date: November 15, 2007 </br> Time: 11:00 a.m. </br> Judge: Hon. William H. Alsup |

- 1 -

PLEASE TAKE NOTICE THAT Bettina B. Plevan, lead trial counsel for defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC, and Joshua F. Alloy, hereby request to make a telephonic appearance at the Case Management Conference scheduled for November 15, 2007.  In addition, Harold M. Brody will personally appear at the Conference.

DATED: November 8, 2007

BETTINA B. PLEVAN
HAROLD M. BRODY
JOSHUA F. ALLOY

PROSKAUER ROSE LLP

/s/ Bettina B. Plevan
_____
Bettina B. Plevan

Attorneys for Defendants,
BRISTOL-MYERS SQUIBB COMPANY and
E.R. SQUIBB & SONS, LLC

**ORDER**

IT IS SO ORDERED.

Dated: _____       _____
Hon. William H. Alsup

- 2 -

5440/14011-056 CURRENT/10254199V1