IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, E.R. SQUIBB & SONS, LLC, and DOES 1 to 50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-04109 WHA<br><br>**ORDER DENYING REQUEST TO ATTEND BY TELEPHONE** |

    Good cause not shown, the Court **DENIES** defendants' request to attend the case management conference by telephone. Lead counsel must personally appear.

    **IT IS SO ORDERED.**

Dated: November 9, 2007.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE