HAROLD M. BRODY State Bar No. 84927
hbrody@proskauer.com
JEREMY MITTMAN, State Bar No. 248854
jmittman@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

PROSKAUER ROSE LLP
BETTINA B. PLEVAN *(Pro Hac Vice)*
bplevan@proskauer.com
JOSHUA F. ALLOY *(Pro Hac Vice)*
jalloy@proskauer.com
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendants,
BRISTOL-MYERS SQUIBB COMPANY;
E.R. SQUIBB & SONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No. 3:07-cv-04109-WHA<br><br>**RENEWED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE;[PROPOSED] ORDER GRANTING SAME**<br><br>Date: November 15, 2007<br>Time: 11:00 a.m.<br>Judge: Hon. William H. Alsup |

- 1 -

Pursuant to Local Rule 16-10(a), defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC, hereby renew their request to permit their lead trial attorney, Bettina B. Plevan, to appear via telephone at the initial Case Management Conference scheduled for November 15, 2007. Defendants' request was initially denied on November 9, 2007, for lack of good cause shown. As set forth in detail in the accompanying declaration of Bettina B. Plevan, there is good cause to permit Ms. Plevan to appear telephonically as: (i) Harold M. Brody, a partner in Proskauer Rose's Los Angeles office will attend the conference in person; (ii) Ms. Plevan is resident in Proskauer Rose's New York office; (iii) permitting her to attend via telephone will relieve Defendants of the significant additional fees and expense they will otherwise be forced to incur if Ms. Plevan is required to attend in person; and (iv) Ms. Plevan's commitments this week in New York make her personal appearance extremely difficult. Alternatively, defendants request that the time of the conference be delayed until 12 noon PST to ensure Ms. Plevan's timely arrival.

DATED: November 12, 2007

BETTINA B. PLEVAN
HAROLD M. BRODY
JOSHUA F. ALLOY

PROSKAUER ROSE LLP

/s/ Harold M. Brody
───────────────────────
Harold M. Brody

Attorneys for Defendants,
BRISTOL-MYERS SQUIBB COMPANY and
E.R. SQUIBB & SONS, LLC

0047/14011-056 CURRENT/10324246V2

**ORDER**

For good cause shown, IT IS SO ORDERED.

Dated: _____

_____
Hon. William H. Alsup
United States District Judge

0047/14011-056 CURRENT/10324246V2