HAROLD M. BRODY State Bar No. 84927
hbrody@proskauer.com
JEREMY MITTMAN, State Bar No. 248854
jmittman@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

PROSKAUER ROSE LLP
BETTINA B. PLEVAN *(Pro Hac Vice)*
bplevan@proskauer.com
JOSHUA F. ALLOY *(Pro Hac Vice)*
jalloy@proskauer.com
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendants,
BRISTOL-MYERS SQUIBB COMPANY;
E.R. SQUIBB & SONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-cv-04109-WHA<br><br>**DECLARATION OF BETTINA B. PLEVAN IN SUPPORT OF RENEWED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: November 15, 2007<br>Time: 11:00 a.m.<br>Judge: Hon. William H. Alsup |

- 1 -

## DECLARATION OF BETTINA B. PLEVAN

Bettina B. Plevan declares as follows:

1. **Identification**: I am a partner in the law firm Proskauer Rose LLP, counsel for Defendants. I am admitted to practice in this Court pro hac vice. I have first-hand knowledge of the facts set forth herein.

2. **Defense Counsel**: I am resident in our firm's New York office. If the matter is tried, I anticipate that I will serve as lead trial counsel because of my long-time representation of Defendants. Because the underlying issues in this case involve solely matters under California State law, I expect my partner Harold M. Brody to play an active role in this case throughout, including at trial. Because of my involvement on Defendants' behalf in a related case pending in New York, I have thus far taken a far more active role than Mr. Brody in the case, including in initial fact gathering, discovery and legal analysis of the case.

3. **Good Cause for Telephonic Appearance**: Because we believed (perhaps incorrectly) that the Court's Supplemental Order permitted someone other than lead trial counsel to appear at the case management conference, we requested that I and an associate in New York participate by telephone and that Mr. Brody appear in person. The primary reason that we seek permission to allow me to appear at the conference by telephone is to spare Defendants the significant additional fees and expenses that will be incurred if I am required to travel from New York to San Francisco to attend the conference in person. (We estimate that those additional fees and expenses will easily total several thousand dollars.) In addition, other commitments I have in New York this week would make my in-person attendance extremely difficult. Mr. Brody will attend the Conference in person. He will be well prepared to participate in it fully and will have authority to enter into stipulations and to make admissions. Nevertheless, for the reasons set forth above, my participation may assist the Court in conducting the conference.

4. **Alternative Request to Begin the Conference at Noon**: Alternatively, I request that the Court delay the time of the conference until noon PST. I am participating in an all-day mediation on Wednesday, November 14, and the earliest plane from New York to San Francisco

- 2 -

1 | on the 15th departs New York at 6:15 a.m. EST and is scheduled to arrive in San Francisco at 9:47
2 | a.m. PST. A slight delay in the Conference's start time will ensure my timely arrival.
3 |   I declare under penalty of perjury that the foregoing is true and correct to the best of my
4 | knowledge and belief and that this declaration was executed on November 12, 2007, at New York,
5 | New York.

                                             /s/ Bettina B. Plevan
                                             Bettina B. Plevan

- 3 -

6289/14011-056 CURRENT/10334203V1