IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN FUNG, on behalf of himself and others similarly situated,

    Plaintiffs,

  v.

BRISTOL-MYERS SQUIBB COMPANY, E.R. SQUIBB & SONS, LLC, and DOES 1 to 50, inclusive,

    Defendant.

_____/

No. C 07-04109 WHA

**ORDER EXCUSING DEFENDANTS' LEAD COUNSEL FROM ATTENDANCE AT CASE MANAGEMENT CONFERENCE**

Defendants' request to appear at the case management conference by telephone is **DENIED** and lead counsel is excused from attendance at the case management conference.

**IT IS SO ORDERED.**

Dated: November 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE