1  Ira Spiro, State Bar No. 67641
   ira@spiromoss.com
2  Gregory Karasik, State Bar No. 115839
   greg@spiromoss.com
3  Spiro Moss Barness LLP
   11377 W. Olympic Blvd., 5th Floor
4  Los Angeles, CA 90064
   Telephone:   310-235-2468
5  Fax:         310-235-2456

6  George R. Kingsley, State Bar No. 38022
   Eric. B. Kingsley, State Bar No. 185123
7  eric@kingsleykingsley.com
   Darren M. Cohen, State Bar No. 221938
8  Gregory E. Givens, State Bar No. 212348
   KINGSLEY & KINGSLEY
9  16133 Ventura Blvd., Suite 1200
   Encino, CA 91436
10 Telephone:   818-990-8300
   Fax:         818-990-2903
11
   Attorneys for Plaintiff and the Putative Class
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 3:07-cv-04109-WHA<br><br>**PLAINTIFF'S SUPPLEMENTAL STATEMENT FOR CASE MANAGEMENT CONFERENCE**<br><br>Date: November 15, 2007<br>Time: 11:00 a.m.<br>Judge: Hon. William H. Alsup |

1    Plaintiff submits the following statement supplementing the recently filed Joint Case Management Conference Statement and Rule 26(f) Report.

On November 12, 2007, yesterday, it was confirmed to counsel for plaintiff and the putative class that plaintiff Kin Fung does not wish to proceed as a plaintiff and wishes his personal claim to be dismissed.

Counsel for plaintiff and the putative class intend to honor plaintiff Fung's wishes. At the same time, counsel submit that the interests of the putative class should also be protected, particularly because this case has received publicity and putative class members may well have relied on it in not filing individual actions. Counsel propose that the Court retain jurisdiction of the case, and order the sending of mailed notice to the members of the putative class: (a) informing them of the nature of the case and claims therein; (b) informing them that there is an impending dismissal of the case; (c) informing them that their statutes of limitations on their individual claims asserted on their behalf in the case will begin to run anew after the dismissal, and how to preserve their claims; (d) informing them that there will not be a dismissal of entire case if any of them becomes a new named plaintiff in the case by intervention, amendment or some other means; and (e) informing them they may do so by contacting counsel for the putative class, but that they are not required to do so.

There is authority to support such an order. Counsel for plaintiff and the putative class will brief the matter or submit a motion for such an order if needed to protect the putative class. Authority includes: Federal Rule of Civil Procedure, Rule 23(d); *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989); *Best Buy Stores, L.P. v. Superior Court*, 137 Cal.App.4th 772 (2006); and *Bellaire-West Landscape, Inc. v. Superior Court*, 149 Cal.App.4th 554 (2007).

Respectfully submitted,

November 13, 2007

_____
Ira Spiro of Spiro Moss Barness LLP
Attorneys for Plaintiff and the Putative Class

]

- 1 -
PLAINTIFFS' SUPPLEMENTAL STATEMENT FOR CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | David W. Sanford (pro hac vice pending) |
|   | dsanford@nydclaw.com |
| 2 | Meenoo Chahbazi, State Bar No. 233985 |
|   | mchahbazi@nydclaw.com |
| 3 | SANFORD, WITTELS & HEISLER, LLP |
|   | 1666 Connecticut Ave., NW, Suite 310 |
| 4 | Washington, D.C. 20009 |
|   | Telephone:   202-742-7777 |
| 5 | Fax:         202-742-7776 |
| 6 | Grant Morris (pro hac vice pending) |
|   | grantemorris@gmail.com |
| 7 | LAW OFFICES OF GRANT MORRIS |
|   | 1666 Connecticut Ave., NW, Suite 310 |
| 8 | Washington, D.C. 20009 |
|   | Telephone:   202-742-7783 |
| 9 | Fax:         202-742-7776 |
| 10 | Additional Attorneys for Plaintiff |

- 2 -

6289/14011-056
Current/10225210v