UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>November 15, 2007</u>

Case No.  <u>C 07-04109 WHA</u>

Title: <u>KIN FUNG</u> v. <u>BRISTOL-MYERS SQUIBB CO</u>

Plaintiff Attorneys: Ira Spiro

Defense Attorneys: Harold Brody

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2) _____

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**


Counsel shall file cross motions by 11/29/07.