HAROLD M. BRODY State Bar No. 84927
hbrody@proskauer.com
JEREMY M. MITTMAN State Bar No. 248854
jmittman@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:   (310) 557-2900
Facsimile:    (310) 557-2193

PROSKAUER ROSE LLP
BETTINA B. PLEVAN *(Pro Hac Vice)*
bplevan@proskauer.com
JOSHUA F. ALLOY *(Pro Hac Vice)*
jalloy@proskauer.com
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)

Attorneys for Defendants,
BRISTOL-MYERS SQUIBB COMPANY;
E.R. SQUIBB & SONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 3:07-cv-04109-WHA<br><br>**DECLARATION OF HAROLD M. BRODY IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO PLAINTIFF'S WITHDRAWAL**<br><br>Date: Jan. 3, 2008<br>Time: 8:00 a.m. |

**DECLARATION OF HAROLD M. BRODY**

## DECLARATION OF HAROLD M. BRODY

I, Harold M. Brody, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am a partner in the law firm Proskauer Rose LLP, counsel to defendants Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC (collectively "Defendants") in this matter. I am admitted to practice before this Court. Unless otherwise noted, I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would competently testify thereto under oath.

2.  Attached hereto as Exhibit A is a true and correct copy of Plaintiff Kin Fung's Supplemental Statement for Case Management Conference, filed in this Court on November 13, 2007.

3.  Attached hereto as Exhibit B is a true and correct copy of the transcript of proceedings at the Case Management Conference conducted on November 15, 2007.

4.  Attached hereto as Exhibit C are true and correct copies of excerpts from the certified transcript of the deposition of Plaintiff Kin Fung, taken on September 25, 2007, in a separate lawsuit, *Menes v. Roche Laboratories, Inc.*, No. CV07-01444-R (FFMx) (C.D. Cal.). I am informed and believe that *Menes* purports to be a wage-hour class action and that Mr. Fung was deposed as a class member.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on November 29, 2007, at Los Angeles, California.

                                                     /s/ Harold M. Brody
                                                     Harold M. Brody