UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROXANA MENES, on behalf of )
herself and all others )
similary situated, )
               )
      Plaintiff, )
               )
   vs.         )   No. CV07-01444R(FFMX)
               )
ROCHE LABORATORIES, INC., a )
Delaware corporation, and )
Does 1 to 100, inclusive, )
               )
      Defendants. )
_____ )

DEPOSITION OF KIN YANG FUNG
Los Angeles, California
Tuesday, September 25, 2007

Reported by:
SHERRYL DOBSON, CSR, RPR, CRP
CSR No. 5713
JOB No. 76789

3

1            APPEARANCES:
2
3   For Plaintiff:
4     VAHE HOVANESSIAN
      Attorney at Law
5     100 North Brand Boulevard, Suite 536
      Glendale, California  91203
6     818-240-1333
7
   For Defendants:
8
      ORRICK, HERRINGTON & SUTCLIFFE
9     BY:  JULIE A. TOTTEN
      Attorney at Law
10    400 Capitol Mall, Suite 3000
      Sacramento, California  95814-4497
11    916-329-4908
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        UNITED STATES DISTRICT COURT
2        CENTRAL DISTRICT OF CALIFORNIA
3
4 ROXANA MENES, on behalf of )
   herself and all others )
5 similary situated )
               )
6      Plaintiff, )
               )
7   vs.       )   No. CV07-01444R(FFMX)
               )
8 ROCHE LABORATORIES, INC., a )
   Delaware corporation, and )
9 Does 1 to 100, inclusive, )
               )
10     Defendants. )
   _____ )
11
12
13
14
15     Deposition of KIN YANG FUNG, taken on
16 behalf of Defendants, at 777 South Figueroa
17 Street, Suite 3200, Los Angeles, California,
18 beginning at 1:40 p.m. and ending at 7:06
19 p.m., on Tuesday, September 25, 2007,
20 before SHERRYL DOBSON, Certified Shorthand
21 Reporter No. 5713.
22
23
24
25

2

1            INDEX
2 WITNESS:             EXAMINATION
3    KIN YANG FUNG
4     BY MS. TOTTEN          5
5
6          EXHIBITS
7 NUMBER                 PAGE
8 Ex 60     Sales Employment Application    46
9 Ex 61     Resume for the witness      47
10 Ex 62     Declaration of Class Member Kin    47
        Fung
11
   Ex 63     2003 Performance Summary Form    158
12
   Ex 64     Primary Care Special Achievement    160
13       Award Nomination Form 2003
14 Ex 65     Field Coaching Report      162
15 Ex 66     Document titled "Account Level    164
        Strategic Analysis, Kytril"
16
   Ex 67     Complaint for Damages in Kin Yan    180
17       Fung vs. Hoffman La Roche, Inc.
        case
18
   Ex 68     Printout of e-mail dated Wednesday,   183
19       August 03, 2005, from Kin Fung to
        Harac, Lynn
20
   Ex 69     Letter dated April 18, 2005 from    185
21       Lynn M. Harac to Kin Fung
22 Ex 70     Expense summaries for the witness    187
23 Ex 71     Class Action Complaint in Kin Fung    197
        vs. Bristol-Myers Squibb case
24
25

4

1    Q    And where do you work currently?
2    A    I work for Johnson & Johnson.
3    Q    And what's your job title?
4    A    Senior sales representative, I believe.
5    Q    Do you have certain products that you sell?
6    A    I promote a drug for anemia.
7    Q    And what do your duties consist of?
8    A    I promote the anemia drug to nephrologists and
9    some primary care physicians.
10    Q    All right. And when did you first start
11    working for Johnson & Johnson?
12    A    2006.
13    Q    Who's your supervisor?
14    A    Andrew Hicks.
15    Q    Does Mr. Hicks know you're here today?
16    A    No.
17    Q    And was there any employer that you worked for
18    between Bristol-Myers Squibb and Johnson & Johnson?
19    A    No.
20    Q    Have you ever been convicted of any crime?
21    A    No.
22    Q    Have you ever filed for bankruptcy?
23    A    No.
24    Q    Have you ever been involved in any other
25    litigation other than with Roche?

25

1    correct?
2    A    Is that something that is part of the
3    confidentiality? I don't know. I mean, I guess I'm not
4    supposed to discuss that issue, right?
5    Q    You can state whether or not there was a
6    lawsuit that was filed.
7    MR. HOVANESSIAN: Yeah, that's -- to the best of
8    your knowledge, was -- do you know if there was a lawsuit
9    filed? Yes or no.
10    THE WITNESS: Yes.
11    MR. HOVANESSIAN: Okay.
12    BY MS. TOTTEN:
13    Q    And when did you file that lawsuit?
14    A    That'd be 2000 -- I believe it's 2005.
15    Q    And that lawsuit is now resolved?
16    A    I believe it's resolved, yes.
17    Q    And as part of the resolution of that lawsuit,
18    you are subject to a confidentiality agreement; is that
19    correct?
20    A    To the best of my knowledge.
21    Q    Have you ever filed any type of administrative
22    claim against any employer?
23    Do you know what I mean by that?
24    A    No, I don't.
25    Q    Have you ever filed a claim for wages with the

27

1    A    Not that I'm aware of. No.
2    Q    Have you ever brought a lawsuit against any
3    employer other than Roche?
4    A    No. Not that I'm aware of, no. No.
5    Q    Did you sue Bristol-Myers Squibb?
6    A    No.
7    Q    Are you currently suing Bristol-Myers Squibb?
8    A    I've talked to a lawyer, but I don't think so.
9    I don't think so. I haven't talked to anybody recently.
10    Q    Okay. Who was the lawyer that you spoke to?
11    Without revealing the actual -- the nature of the
12    conversation, if you could identify the counsel that you
13    spoke to about Bristol-Myers Squibb.
14    A    Am I supposed to give out a name, or is that
15    confidentiality issue also?
16    MR. HOVANESSIAN: You can identify who you spoke
17    to.
18    THE WITNESS: I spoke to a person named David
19    Sanford.
20    BY MS. TOTTEN:
21    Q    To the best of your knowledge and
22    understanding, no lawsuit has been filed against
23    Bristol-Myers Squibb?
24    A    I think there hasn't been a lawsuit.
25    Q    Okay. You did file a lawsuit against Roche,

26

1    California Labor Commissioner, for example?
2    A    No.
3    Q    Have you ever filed a claim for wages with the
4    United States Department of Labor?
5    A    Not that I'm aware of.
6    Q    Have you ever filed any claim for unemployment
7    compensation with the California EDD?
8    A    No.
9    Q    Have you ever filed any type of harassment or
10    discrimination charge with the Department of Fair
11    Employment and Housing?
12    A    Yes.
13    Q    Was that in conjunction with the lawsuit
14    against Roche?
15    A    Yes.
16    Q    Okay. And other than that particular charge,
17    have you filed any others with the Department of Fair
18    Employment and Housing?
19    A    No.
20    Q    Have you ever filed any charge with the EEOC?
21    A    Don't know what that is.
22    Q    The Equal Employment Opportunity Commission,
23    the federal commission.
24    A    Not that I'm aware of.
25    Q    Have you ever previously been involved as a

28

7 (Pages 25 to 28)

filed against Bristol-Myers Squibb, correct?

1

2    A    That's correct.

3    Q    And based upon the stamp in the upper
right-hand corner, it appears to have been filed on June
28, 2007, correct?

6    A    Yes.

7    Q    And you had no knowledge that this lawsuit was
filed, correct?

9    A    I wasn't aware that it was actually filed. I
thought it was still under debate.

11    Q    Debate by whom?

12    A    Debate by me and --

13    Q    As to whether or not you were going to do it
or not?

15    A    Yeah.

16    MS. TOTTEN:  All right.  No further questions at
this time.

18    Again, I reserve the right to keep the
deposition open, so that I can ask the questions that
were refused to be answered at this deposition, based
upon the confidentiality agreement that Mr. Fung says he
has with Roche.

23    Any questions?

24    MR. HOVANESSIAN:  With respect to the record and
signature and verifications, can we have the same

199

---

1    Q    Let me know when you've had the opportunity to
familiarize yourself with that document.

3    A    Okay.

4    Q    Have you ever seen this document before?

5    A    No.

6    Q    Do you know what it is?

7    A    Yeah.

8    Q    What is it?

9    A    I wasn't aware that it was filed.

10    Q    What is it?

11    A    This is the -- what is it called?

12    Q    Is it a Complaint?

13    A    I don't know what the terminology is.  Is this
called a Complaint?

15    40 hour per week without receiving proper
overtime compensation.  I wasn't aware that it was
actually filed.

18    Q    Okay.  So this is the first time you've ever
seen this document?

20    A    Yeah.  This is -- yeah, I haven't received a
phone call back from these people.

22    Q    Do you believe that the Kin Fung that is in
the caption on the first page of this document is you?

24    A    Yes.

25    Q    All right.  And this is a lawsuit that was

198

---

stipulation that you worked out with Gregg Lander last
week?

3    MS. TOTTEN:  Same stipulation.

4    So the original will come to me, and --
actually, I will provide you with an e-mail copy of the
deposition as soon as I receive it, and we've asked for
24-hour turnaround.  And it's my understanding that
Mr. Lander has agreed that we will have this, as well as
all other signed versions of the transcripts from all of
the witnesses, no later than the close of business on
Monday, October 1st.

12    MR. HOVANESSIAN:  That is correct.

13    -***-

200