Ira Spiro Cal. State Bar No. 67641
Spiro Moss Barness LLP
11377 Olympic Blvd.
Fifth Floor
Los Angeles, CA 90064
Telephone: 310-235-2468
Fax: 310-235-2456

Attorneys for Plaintiff Kin Fung
And the Putative Cass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 3:07-cv-04109-WHA<br><br>**[PROPOSED] ORDER SUBMITTED BY COUNSEL FOR PUTATIVE CLASS FOR ANNOUNCEMENT SEEKING NEW PLAINTIFF; STATEMENT BY COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS RE ORDER**<br><br>Judge: Hon. William H. Alsup |

0

## STATEMENT BY COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS

This proposed order is submitted by counsel for plaintiff and the putative class. The parties have not been able to reach agreement on the order. Counsel for defendants advised that they will be filing an alternate proposed order and a statement supporting it on or before Wednesday, December 5, 2007. **Therefore, we ask that the Court not rule on the present proposed order until after December 5, 2007.**

At the Case Management Conference in this case on November 15, 2007, counsel for plaintiff advised the Court that plaintiff Fung had chosen to withdraw from the case. Counsel also advised that they would seek an order that defendants provide contact information for the members of the putative class and that counsel for plaintiffs may send them a mailing seeking one or more of them to join the case as new plaintiffs.

The Court expressed a preference that the communication be by internet website. Counsel for plaintiffs had explained that the case has been publicized on an internet website. It has been since very shortly after it was filed, and still is. The website, cafepharma.com, is a site used by pharmaceutical reps to communicate and spread news. It is not a site created by lawyers, to our knowledge. At the cafepharma.com website is a place called "boards," one for each pharmaceutical company. Atop the main page for the boards is a banner ad for various pharmaceutical overtime lawsuits, which contains a link that leads to the information about this lawsuit and other similar overtime class actions for the pharmaceutical reps of other pharmaceutical companies. The link has a page that shows what pharmaceutical rep overtime class actions have been filed, including this one, and a place to view the complaints, including this one.

At the Case Management Conference, the Court did leave it open for plaintiff to move for an order that the communication be by mailing. However, Counsel for plaintiff have chosen to have the communications made by the cafepharma website. They would be by way of a short banner ad on the cafepharma.com website, probably the home page, with a link to another website that would contain only the full announcement. Counsel for plaintiffs have budgeted ten thousand dollars for the ad. Based on that budget, we estimate that the banner ad would be on

1

1  the cafepharma.com website for approximately 2 to 3 weeks.
2  COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS HAVE A FURTHER
3  REQUEST.  At the Case Management Conference, the Court set January 3, 2008 as the date for
4  hearing of defendants' planned motion to dismiss.  Counsel for the putative class are hopeful that
5  motion would not be granted if counsel do obtain a new plaintiff.  However, if the announcement
6  were to run during the weeks before January 3, 2008, that means they would be running during
7  the holiday shopping season, when people's attention is so much devoted to the holidays and,
8  when visiting websites, probably to shopping.

**Therefore, counsel for the putative class request that the hearing be continued five weeks or such other appropriate time as the Court deems fit.  Plaintiffs would place the banner ad on the website beginning January 2, 2008.**

The text of the proposed banner ad and the proposed announcement are as follows.

[TEXT OF BANNER AD ON CAFEPHARMA.COM]

CALIFORNIA BRISTOL-MYERS SQUIBB REPS since 2003 – Class Action seeking Overtime Pay in Jeopardy of Dismissal.  If You Are Interested in Helping Save It, Please Click Here [link to notice]  This is a news announcement. Ira Spiro, Calif. attorney.

[THE LINK WILL CLICK TO A WEBSITE WHICH WILL HAVE THE FOLLOWING ANNOUNCEMENT]

WILL ASSIST IN SAVING THE CLASS ACTION SEEKING OVERTIME PAY FOR PHARMACEUTICAL REPS OF BMS FROM DISMISSAL?  If you have been a rep for BMS in California any time since June 28, 2003, you do so by becoming a plaintiff in the case, because the present plaintiff decided to withdraw from the case.

If you are interested, please fill out the Information Block below and email it to ira@spiromoss.com.

When the case was filed, it stopped the running of the statute of limitations for claims for

2

1  overtime pay since June 28, 2003 for all California BMS reps. In other words, it kept claims
2  overtime from that date on from expiring. If the case is dismissed, BMS reps will no longer be
3  able to rely on the class action stop those statutes of limitations from running.
4  　　　The case is Fung v. Bristol-Myers Squibb Company and E.R. Squibb & Sons, LLC.
5  It is Case No. 3:07-cv-04109-WHA, in the U.S. District Court for the Northern District of
6  California in San Francisco.
7  　　　This is a news announcement about the case.
8  　　　INFORMATION BLOCK
9  　　　Your name _____
10 　　　Your email address _____
11 　　　Your mailing address _____
12 　　　Your telephone numbers (cell and others) _____
13 　　　PLEASE EMAIL TO ira@spiromoss.com

Ira Spiro
Spiro Moss Barness LLP
11377 Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
310-235-2468
Fax 310-235-2456
ira@spiromoss.com

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　Ira Spiro of Spiro Moss Barness LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and the Putative Class

3

## [proposed] ORDER

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Counsel for plaintiff and the putative class may place the banner ad described above on the website, cafepharma.com beginning _____, 200__. The ad may contain the link to another website that contains only the announcement set forth above.

2. The hearing on defendants' motion to dismiss this action is continued and shall take place on _____, 2008 at ___:___ __.m.

_____
William H. Alsup
United States District Judge

4

6289/14011-056
Current/10225210v