**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN FUNG, on behalf of himself and others similarly situated,

    Plaintiffs,

  v.

BRISTOL-MYERS SQUIBB COMPANY, E.R. SQUIBB & SONS, LLC, and DOES 1 to 50, inclusive,

    Defendants.
_____/

No. C 07-04109 WHA

**ORDER DENYING COUNSEL'S REQUEST SEEKING NEW PLAINTIFF**

    The motion to dismiss pursuant to plaintiff's withdrawal will be heard as scheduled on January 3, 2007. Attorney Ira Spiro's request for an announcement seeking new plaintiff is denied. Mr. Spiro is well advised to be prepared to respond on the merits to the allegations that Mr. Fung had no knowledge of the existence of this action and that he never authorized any filing.

    **IT IS SO ORDERED.**

Dated: November 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE