IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN FUNG, on behalf of himself and
others similarly situated,

        Plaintiffs,

  v.

BRISTOL-MYERS SQUIBB COMPANY,
E.R. SQUIBB & SONS, LLC, and
DOES 1 to 50, inclusive,

        Defendants.

No. C 07-04109 WHA

**ORDER DISMISSING CASE AND REQUIRING NOTICE PROPOSAL**

Defendants' motion to dismiss is **GRANTED**. The hearing on this motion is **VACATED**. Plaintiff's counsel must propose a mode of notice calculated to advise putative class members of their rights. Plaintiff's counsel must pay all costs associated with giving such notice. Both counsel shall submit a plan of publication and content by **DECEMBER 31, 2007**. Plaintiff's counsel is also ordered to make an in camera submission under seal and oath by **DECEMBER 31, 2007**, concerning the allegations that Mr. Fung had no knowledge of the existence of this action and that he never authorized any filing.

    **IT IS SO ORDERED.**

Dated: December 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE