Ira Spiro - State Bar No. 67641
Justian Jusuf - State Bar No. 201507
SPIRO MOSS BARNESS LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel.:  (310) 235-2468
Fax:  (310) 235-2456

Attorneys for Plaintiff KIN FUNG,
on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN FUNG, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BRISTOL-MYERS SQUIBB COMPANY; E.R. SQUIBB & SONS, LLC; and DOES 1 through 50, <br><br> Defendants. | Case No.: 3:07-cv-04109-WHA <br><br> Assigned to the **Hon. William H. Alsup** <br><br> **NOTICE OF MANUAL FILING** <br><br> Date: January 3, 2008 <br> IN CAMERA <br> Judge: Hon. William H. Alsup |

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | Regarding: IN CAMERA DECLARATIONS OF DAVID SANFORD AND IRA SPIRO RE |
| 3 | PLAINTIFF FUNG, PER ORDER OF DECEMBER 17, 2007. |
| 4 | |
| 5 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 6 | Clerk's office. |
| 7 | |
| 8 | This filing was not efiled for the following reason(s): |
| 9 | |
| 10 | [x] Item Under Seal - Pursuant to Order of December 17, 2007, the document has been lodged under |
| 11 | seal. |
| 12 | |
| 13 | |
| 14 | Dated: December 26, 2007         SPIRO MOSS BARNESS LLP |
| 15 | |
| 16 | By: /s/ |
| 17 | Ira Spiro |
|    | Attorneys for Plaintiff |

NOTICE OF MANUAL FILING
1