United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIN FUNG, on behalf of himself and
others similarly situated,

    Plaintiffs,

  v.

BRISTOL-MYERS SQUIBB COMPANY,
E.R. SQUIBB & SONS, LLC, and
DOES 1 to 50, inclusive,

    Defendants.

No. C 07-04109 WHA

**ORDER RE PROPOSED CLASS NOTICE AND IN CAMERA SUBMISSION**

    This wage-and-hour class action arose from a complaint filed on June 26, 2007. In an order dated December 17, 2007, this action was dismissed due to the voluntarily withdrawal of the named plaintiff, Kin Fung, and both parties were asked to submit proposals for notice calculated to advise putative class members of their rights. In addition, plaintiff's counsel was asked to make an *in camera* submission due to Mr. Fung's testimony (in another lawsuit) allegations that he had no knowledge of the existence of this action and that he never authorized any filing. The Court has reviewed former plaintiff's counsel *in camera* submission and is satisfied that counsel acted in good faith and with reasonable belief that Mr. Fung authorized the filing of this action.

    The Court has also received the parties' notice proposals. Although notice is not required, it may be ordered to protect the rights of any absent putative class members who relied on the filing of the action. In this case, however, it is unlikely that any absent class members placed reliance on the website referenced in the defendant's submission

1  (http://www.pharmarepovertime.com).  Accordingly, plaintiff's request to give notice to
2  putative class members is **DENIED**.  For the purposes of this Court, this case is now over and
3  the Clerk **SHALL CLOSE THE FILE**.
4        **IT IS SO ORDERED.**

6  Dated: January 3, 2008.

          WILLIAM ALSUP
          UNITED STATES DISTRICT JUDGE